# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: KELVIN J. JAMES | Case No. 2:25-cv-02416-RFB-EJY |
| | **ORDER** |

Before the Court is Kelvin J. James's Motion Pursuant to 28 U.S.C. § 2555, in which he alleges a violation of the Thirteenth Amendment. ECF No. 1-1. James is a prisoner in the custody of the Nevada Department of Corrections and is currently housed at High Desert State Prison. Because James is not in federal custody, he cannot bring a motion under 28 U.S.C. § 2555. Therefore, this matter is dismissed.[1]

**IT IS THEREFORE ORDERED** the Motion Pursuant to 28 U.S.C. § 2555 (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE**. James is denied a certificate of appealability, as jurists of reason would not find dismissal of this matter to be debatable or wrong.

**IT IS FURTHER KINDLY ORDERED** that the Clerk of Court send James (1) the approved form and instructions for filing a 42 U.S.C. § 1983 complaint, (2) the approved form and instructions for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and (3) the approved form and instructions for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

///

///

---

[1] Notably, this Order does not prevent James from opening a new case in this Court by filing a petition under 28 U.S.C. § 2254 or 28 U.S.C. § 2241 or a complaint under 42 U.S.C. § 1983. The Court will direct the Clerk of the Court to send James courtesy copies of these forms to help him decide what type of lawsuit, if any, he is attempting to raise in federal court.

1     **IT IS FURTHER KINDLY ORDERED** that the Clerk of Court close this case.

2     **DATED:** December 12, 2025.

                                                                  **RICHARD F. BOULWARE, II**
                                                                    **UNITED STATES DISTRICT JUDGE**